In the Matter of the Accounting of WILLIAM R. ROSE, as Trustee under the Will of AL HAYMAN, Deceased, and of WILLIAM R. ROSE et al., as Executors of MINNIE HAYMAN, Deceased, Respondents.

IRENE COLEMAN et al., Appellants; LUCILLE B. MILNER et al., Respondents and Appellants.

(Argued March 23, 1931; decided April 7, 1931.)

*Arthur T. O'Leary* for Irene Coleman, appellant.

*Herbert H. Maass* for May Straus, appellant.

*Robert E. Samuels* and *Robert H. Wrubel* for Alice H. Kerbs, appellant.

*Henry A. Spiegelman, John F. Collins, Harry L. Haas* and *A. Loeb Salkin* for Lucille B. Milner et al., respondents and appellants.

*Nathan Ottinger* for Grace A. Seymour et al., respondents and appellants.

*Joseph Fischer* and *Louis J. Vorhaus* for William R. Rose et al., as executors of Minnie Hayman, deceased, respondents.

*Sol M. Stroock* and *Robert D. Steefel* for Montefiore Hospital, respondent.

Order affirmed, with costs to the respondents filing briefs in this court payable out of the estate; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.